*Henry W. Bridges* for motion.

*William H. Daly* opposed.

*Per Curiam.* The papers submitted upon this application indicate the supposition on the part of counsel that this court can prescribe the papers upon which an appeal is to be heard. This supposition is erroneous. The papers to be transmitted to the appellate court on an appeal from an order are prescribed in section 1315 of the Code of Civil Procedure which requires the appellant to cause a certified copy of the notice of appeal, of the order and of the papers upon which the order was founded to be transmitted to the appellate court by the clerk. In the case of an impoverished appellant, the court may, however, in exceptional circumstances consent to dispense with the printing of some of the papers. Counsel have not been able to agree as to those which in any event ought to be printed; and after considering the additional affidavits which have been submitted we have concluded that the appellant need only print those papers which he has specified as sufficient. Any question as to what papers were considered or not considered by the Appellate Division must be settled by the certificate of the clerk of that court.

---

WALTER C. CARR et al., Suing on Behalf of Themselves and Others Similarly Situated, Respondents, *v.* HORATIO G. KIMBALL et al., Appellants, and AUGUSTINE E. WINNEMORE, Respondent, Impleaded with Another. .

*Carr* v. *Kimball*, 153 App. Div. 825, affirmed.
(Argued March 9, 1915; decided May 11, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 5, 1913, modifying and affirming as modified a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an

action by minority stockholders against a corporation and its directors to restrain the payment of excessive salaries alleged to have been fraudulently voted by directors to themselves and others and to compel the refunding to the corporation of such salaries paid since January 20, 1908.

*Samuel B. Clarke, Charles W. Atwater* and *Roger H. Clarke* for appellants.

*Frederick R. Ryan, William F. McCombs* and *Alexander Gordon* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY F. MULDOON, Respondent, *v.* RHINELANDER WALDO, as Police Commissioner of the City of New York, Appellant.

*People ex rel. Muldoon* v. *Waldo*, 166 App. Div. 936, affirmed.
(Argued April 14, 1915; decided May 11, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 15, 1915, which sustained a writ of certiorari and annulled a determination of the defendant imposing a fine upon the relator, a police sergeant. The relator was tried on charges that he, a sergeant of police, on December 28, 1912, directed a patrolman to accompany him to the dock of a steamship company for the purpose of assisting in the regulation of a line of persons formed for the purpose of having tickets stamped, thereby causing the absence of the said patrolman from his post and policing the private property of a corporation without authority from the police commissioner, and (second) that the relator absented himself from patrol duty on the